UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority  _____
Send      _____
Enter     _____
Closed    _____
JS-5/JS-6 _____
Scan Only _____

CASE NO.: CV 09-02751 SJO (PJWx)          DATE: July 7, 2009

TITLE: **Anahid Basdmadrzyan v. Countrywide Home Loans, et al.**

========================================================================
PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                              Not Present
Courtroom Clerk                               Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**        **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                   Not Present

========================================================================
**PROCEEDINGS:**

The parties are advised that **MOTION to Dismiss Case filed by Defendants Countrywide Home Loans, ReconTrust Company, N.A.. [10] filed 6/16/09**, scheduled for hearing on July 13, 2009, is taken under submission.  Accordingly, the hearing date is vacated.  Order will issue.