UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

CASE NO.:  CV 09-02751 SJO (PJWx)          DATE: August 5, 2009

TITLE:  Anahid Basdmadrzyan v. Countrywide Home Loans, et al.

========================================================================

PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                              Not Present
Courtroom Clerk                               Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**         **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                   Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

Plaintiff shall show cause in writing by **August 12, 2009**, why this case should not be dismissed for failure to comply with this Court's July 13, 2009 Order allowing plaintiff until **July 29, 2009** to file an amended complaint. Failure to respond to this order shall result in sanctions not limited to dismissal of this action.